# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Greifendorff Law Office | Atty Name (if applicable): | John L. Greifendorff, Esq. |
| Street Address: | 333 City Boulevard. West, 17th Floor | CA Bar No. (if applicable): | 75321 |
| | Orange, CA 92868 | Atty Fax No. (if applicable): | (714) 938-3255 |
| Filer's Telephone No.: | (714) 938-5867 | | |

In re:
Juan Carlos Garcia
Maria Del Pilar Garcia

Case No.: 09-bk-28753

Chapter 7 ✓   11 ☐   13 ☐

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes ☐   No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐   B ☐   C ✓   D ☐   E ☐   F ☐   G ☐   H ☐   I ☐   J ☐

Statement of Social Security Number(s) ☐       Statement of Financial Affairs ☐

Statement of Intention ☐       Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Juan Carlos Garcia and Maria Del Pilar Garcia, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: Nov 3/09

_Debtor Signature_

_Co-Debtor Signature_

**FOR COURT USE ONLY**

*SEE REVERSE SIDE*

B-1008 Revised November 2004

B6C (Official Form 6C) (12/07)

In re  Juan Carlos Garcia,
       Maria Del Pilar Garcia
                                                                    Debtors

Case No. __09-bk-28753__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking Account No. XXXX4985-2 | C.C.P. § 703.140(b)(5) | 765.57 | 765.57 |
| Chase Checking Account No. XXXX7533-0 | C.C.P. § 703.140(b)(5) | 6.20 | 6.20 |
| Chase Checking Account No. XXXX1390-2 | C.C.P. § 703.140(b)(5) | 28.31 | 28.31 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings - no single item valued over $525.00. | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Wedding Rings | C.C.P. § 703.140(b)(4) | 250.00 | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Photo Camera | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401K Plan | C.C.P. § 703.140(b)(10)(E) | 53.86 | 53.86 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Mazda 3 - Fair Condition | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(5) | 3,300.00 3,300.00 | 6,600.00 |
| 2007 Nissan Quest 4D - Good Condition | C.C.P. § 703.140(b)(5) | 73.42 | 11,950.00 |
| | Total: | 13,977.36 | 25,853.94 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 11/04/2009

Yordi Fraser
Print or Type Name

*Yordi Fraser*
Signature

☐ (SEE ATTACHED MAILING LIST.)

☑ Via electronic court notice as follows:

United States Trustee (RS)

3685 Main Street, Suite 300

Riverside, CA 92501

ustpregion16.rs.ecf@usdoj.gov

(U.S. Trustee)

Robert Whitmore

3600 Lime St Ste 611

Riverside, CA 92501

(951) 276-9292

rswtrustee@yahoo.com

(Trustee)

B-1008 *Revised November 2003*